UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>YAMIL PASTOR MIRANDA, )<br>)<br>Defendant ) | 05-1658-CBS |

**AFFIDAVIT**

    I, Wayne Boiteau, Special Agent, Drug Enforcement Administration (DEA), do hereby make oath before Charles B. Swartwood, III, United States Magistrate Judge, District of Massachusetts, that upon knowledge coming to me in connection with my official duties, I am advised that there is presently a warrant of arrest outstanding for one YAMIL PASTOR MIRANDA in the Western District of Virginia.

_____
Wayne Boiteau
Special Agent
DEA

    Subscribed and sworn to before me this 7th day of April, 2005.

_____
CHARLES B. SWARTWOOD, III
U.S. Magistrate Judge

Worcester, Massachusetts