✎ AO 470  (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>YAMIL PASTOR MIRANDA<br>_Defendant_ | ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT TO<br>BAIL REFORM ACT<br><br>Case Number:  05-1658-CBS |

Upon motion of the _____Government_____, it is ORDERED that a detention hearing is set for _____4/14/2005_____* at _____11:00 am_____
                                                        _Date_                                                           _Time_

before _____Charles B. Swartwood, III_____
                                       _Name of Judicial Officer_

_____Worcester, MA_____
                                       _Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal)

(_____) and produced for the hearing.
                 _Other Custodial Official_

Date:  _____4/7/2005_____          /s/ Charles B. Swartwood, III
                                                                              _Judicial Officer_

(Digitally signed by /s/ Charles B. Swartwood, III
DN: CN = /s/ Charles B. Swartwood, III, C = US
Reason: I am approving this document
Date: 2005.04.08 09:30:10 -04'00')

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.