AO (Rev. 5/93) Warrant for Arrest

**SEALED**

COPY - DO NOT EXECUTE

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA
V.
YAMIL PASTOR MIRANDA

**WARRANT FOR ARREST**

CASE NUMBER: 1:05CR00016

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   YAMIL PASTOR MIRANDA
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Conspiracy to distribute cocaine

in violation of Title 21   United States Code, Section(s) 846

Pamela Meade Sargent
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

(signed) Pamela Meade Sargent
Signature of Issuing Officer

February 17, 2005 @ Abingdon, Virginia
Date and Location

Bail fixed at _____ by _____
                                  Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at   WORCESTER, MA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/7/05 | WAYNE BOITEAU | (signed) Wayne A Boiteau |
| DATE OF ARREST 4/7/05 | DEA - Special Agent | |