AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MA

| | |
|---|---|
| UNITED STATES<br>V.<br>YAMIL MIRANDA | **EXHIBIT AND WITNESS LIST**<br><br>Case Number:  05-1658-CBS |

| PRESIDING JUDGE<br>SWARTWOOD | PLAINTIFF'S ATTORNEY<br>HODGENS | DEFENDANT'S ATTORNEY<br>LACHANCE |
|---|---|---|
| TRIAL DATE (S)<br>4/14/2005 | COURT REPORTER<br>11:57 a.m. | COURTROOM DEPUTY<br>Bachrach |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witness |
| X | | 4/14/05 | | | Special Agent Wayne Allen Boiteau |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 4/14/05 | X | X | 4 page Report dated 11/17/04 |
| 2 | | 4/14/05 | X | X | 2 page Report dated 11/17/04 |
| 3 | | 4/14/05 | X | X | Indictment (W.D. Va) |
| 4 | | 4/14/05 | X | X | Indictment Cover Sheet |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages