AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

| UNITED STATES OF AMERICA V. | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| YAMIL PASTOR MIRANDA | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1:05-CR-16 | 05-1658-CBS | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
  X Indictment   ☐ Information   Complaint   Other   Order warrant material witness

charging a   21   U.S.C.   841

**DISTRICT OF OFFENSE**
  Western District of Virginia, Abingdon Division

**DESCRIPTION OF CHARGES:**

Conspiracy to distribute and possess with the intent to distribute 50 grams of a Schedule II controlled substance.

**CURRENT BOND STATUS:**

  ☐ Bail fixed _____ and conditions were not met
  X Government moved for detention and defendant detained after hearing in District of Arrest
     Government moved for detention and defendant detained pending detention hearing in District of
     Other                                                                              New York '

**Representation:**  ☐ Retained Own Counsel    Federal Defender    X CJA Attorney   ☐ None

**Interpreter**   X No    Yes    Language

**DISTRICT**   Massachusetts

TO: THE UNITED STATES MARSHAL

  You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

5/3/2005
Date                                   United States ~~Judge or~~ Magistrate Judge

**RETURN**

This commitment was received and executed

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |